# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff | |
| v. | **Case No.** 20-03017-01-CR-S-MDH |
| **MARTIN S. SALLY**, | |
| Defendant. | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On November 22, 2021, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States: approximately $3,380 in United States currency. The Court also ordered a personal money judgment against the defendant in the amount of $35,240. (D.E. 46.)

The order was based upon the Plea Agreement between the defendant, Martin S. Sally, and the United States.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on December 23, 2021, and ending on January 21, 2022. A copy of the Declaration of Publication is on file with the Court. (D.E. 52.)

The United States also sent written notice of the Preliminary Order of Forfeiture to Ramsie Sally by certified mail, return receipt requested. On or about or about April 22, 2022, the notice was returned as undeliverable. The United States sent written notice of the Preliminary Order of

Forfeiture to Ramsie Breiner (Sally) by certified mail, return receipt requested. Randy Breiner acknowledged receipt of the notice as evidenced by the Domestic Return Receipt attached to the Government's motion. The United States sent written notice via regular and certified mail to an additional address identified for Ramsie Sally. The notice sent via certified mail was returned as unclaimed, and the notice sent via regular mail was not returned to sender.

There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant, Martin S. Sally, had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853, and is to be disposed of according to law.

2. A personal money judgment in the amount of $35,240 against the defendant, Martin S. Sally is granted.

3. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

4. The claims and interests of any other persons or parties are forever foreclosed and barred.

5. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law.

6. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

**IT IS SO ORDERED.**

Dated: January 26, 2023

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**United States District Judge**